SUE SINARD, Plaintiff-Appellee, *v.* IRVIN J. SINARD, Defendant-Appellant. (No. 56655;

First District—May 30, 1972.

*Rehearing denied June 27, 1972.*

Opinion by Mr. JUSTICE BURKE.